IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIYEAN BROWN and ERIN BEAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RIDLEY TOWNSHIP, | : | |
| MATTHEW ROWAN, | : | |
| BOROUGH OF GLENOLDEN, | : | |
| JOSEPH JUISTI, | : | |
| COLLINGDALE BOROUGH, | : | |
| BILL CHRISTIE, | : | |
| DARBY TOWNSHIP, | : | |
| MICHAEL LAVERGHETTA, and | : | |
| LOUIS DEVITO | : | NO. 14-5874 |

## ORDER

AND NOW, this 10th day of February, 2015, upon consideration of plaintiffs Kiyean Brown and Erin Bean's complaint, defendants Borough of Glenolden and Joseph Juisti's motion to dismiss (docket entry #3), Collingdale Borough, Louis DeVito, and Bill Christie's motion to dismiss (docket entry #11), Darby Township and Michael Laverghetta's motion to dismiss (docket entry #12), Ridley Township and Matthew Rowan's motion to dismiss (docket entry #18), plaintiffs' responses in opposition thereto, and plaintiffs' December 10, 2014 Stipulation, attached, and based on the reasoning set forth in our Memorandum issued this day in this case, it is hereby ORDERED that:

      1.     Defendants Borough of Glenolden and Joseph Juisti's motion to dismiss (docket entry #3) is GRANTED IN PART AND DENIED IN PART:

      2.     Defendants Collingdale Borough, Louis DeVito, and Bill Christie's motion to dismiss (docket entry #11) is GRANTED;

      3.      Defendants Darby Township and Michael Laverghetta's motion to dismiss (docket entry #12) is GRANTED;

      4.      Defendants Ridley Township and Matthew Rowan's motion to dismiss (docket entry #18) is GRANTED IN PART and DENIED IN PART;

      5.      Counts I, II, IV, and VI are DISMISSED WITH PREJUDICE;

      6.      As to defendants Louis DeVito, Bill Christie, and Michael Laverghetta, Counts III and V are DISMISSED WITH PREJUDICE;

      7.      As to defendants Matthew Rowan and Joseph Juisti, ONLY PARAGRAPH 70 of Count III referring to Section 1983 conspiracy is DISMISSED WITH PREJUDICE;

      8.      As to defendants Louis DeVito, Bill Christie, and Michael Laverghetta, Borough of Glenolden, Collingdale Borough, Darby Township, and Ridley Township, Count VII is DISMISSED WITH PREJUDICE;

      9.      As there is no just reason for delay of the entry of judgment, pursuant to Fed. R. Civ. P. 54(b)[1] defendants Louis DeVito, Bill Christie, Michael Laverghetta, Borough of Glenolden, Collingdale Borough, Darby Township, and Ridley Township are DISMISSED from this case and the Clerk of Court shall MARK these defendants as TERMINATED; and

      10.      The Clerk of Court shall DOCKET the attached Stipulation.

BY THE COURT:

  /s/ Stewart Dalzell, J.

---

[1] As there are four municipalities involved in our dismissal, we are mindful of the public costs involved if we do not enter judgment for them.