IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIYEAN BROWN and ERIN BEAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATTHEW ROWAN, and | : | |
| JOSEPH JUISTI | : | NO. 14-5874 |

ORDER

AND NOW, this 7th day of March, 2016, upon consideration of plaintiffs' motion to compel (docket entry #41), defendant Joseph Juisti's motion for summary judgment (docket entry #44), defendant Matthew Rowan's motion for summary judgment (docket entry #46), plaintiffs' responses in opposition thereto, Rowan's motion for leave to file a reply (docket entry #52), Juisti's motion for leave to file a reply (docket entry #53), and plaintiffs' responses in opposition thereto, it is hereby ORDERED that:

1. Plaintiffs' motion to compel (docket entry #41) is DENIED;

2. Juisti's motion for summary judgment (docket entry #44) is GRANTED;

3. Rowan's motion for summary judgment (docket entry #46) is GRANTED;

4. Rowan's motion for leave to file a reply (docket entry #52) is GRANTED;

5. The Clerk of Court shall DOCKET Exhibit A of Rowan's motion;

6. Juisti's motion for leave to file a reply (docket entry #53) is GRANTED;

7. The Clerk of Court shall DOCKET Exhibit A of Juisti's motion; and

8. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.